UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDFA, LLC and
FADI K. BARADIHI,

        Plaintiffs,                No. 07-CV-11622-DT

vs.                                        Hon. Gerald E. Rosen

CAROL ANN WILSON and
EDWIN SCHILLING,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING DEFENDANT WILSON'S
MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS'
<u>MOTION TO ENFORCE SETTLEMENT</u>

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       <u>August 11, 2009</u>

PRESENT:  Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

This matter having come before the Court on the July 14, 2009 Report and Recommendation of United States Magistrate Judge Virginia M. Morgan recommending that the Court deny Defendant Carol Ann Wilson's Motion for Summary Judgment and Plaintiffs' Motion to Enforce Settlement; and timely objections having been filed to the Magistrate Judge's Report and Recommendation; and the Court having had the opportunity to review and consider the R&R, the parties' objections thereto, and the Court's entire file of this matter, and having determined that, as recommended by the

Magistrate Judge, the relief requested by the parties should be denied, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 14, 2009 **[Dkt. # 45]** be, and hereby is, adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendant Carol Ann Wilson's Motion for Summary Judgment **[Dkt. # 25]** is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Enforce Settlement **[Dkt. # 32]** is DENIED.

SO ORDERED.

                                      s/Gerald E. Rosen
                                      Chief Judge, United States District Court

Dated:  August 11, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on   August 11, 2009   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:      Shawn-Lee M. Goddard; Brian C. Grant; David J. Shea           , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
     Carol Ann Wilson, 906 Cranberry Court, Longmont, CO 80503              .

                                      s/Ruth A. Brissaud
                                      Ruth A. Brissaud, Case Manager
                                      (313) 234-5137