UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDFA, LLC and
FADI K. BARADIHI,

        Plaintiffs,                  No. 07-CV-11622-DT

vs.                                       Hon. Gerald E. Rosen

CAROL ANN WILSON and
EDWIN SCHILLING,

        Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT SCHILLING'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     December 8, 2009

        PRESENT: Honorable Gerald E. Rosen
                              Chief Judge, United States District Court

        This matter having come before the Court on the November 18, 2009 Report and Recommendation of United States Magistrate Judge Virginia M. Morgan recommending that the Court grant Defendant Edwin Schilling's Motion to Dismiss and/or for Summary Judgment; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendant's

Motion should be granted; and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of November 18, 2009 **[Dkt. # 68]** be, and hereby is, adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendant Edwin Schilling's Motion to Dismiss and/or for Summary Judgment **[Dkt. # 54]** is GRANTED.

SO ORDERED.

s/Gerald E. Rosen
Gerald E. Rosen
Chief Judge, United States District Court

Dated: December 8, 2009

I hereby certify that on  December 8, 2009  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:    Shawn-Lee M. Goddard; Brian C. Grant; David J. Shea; Elaine L. Livingway; Arvin J. Pearlman        , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:    Carol Ann Wilson, 906 Cranberry Court, Longmont, CO 80503           .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(313) 234-5137